```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                              CASE NO. 22-02163-ESL
KEVIN NIEVES MARIN
                                                    CHAPTER 13
DEBTOR (S)

```
                       NOTICE OF CONTINUANCE OF
                       341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Aug 31, 2022 at 8:40 am has been continued to

Wed Aug 31, 2022 at 8:40 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: btx-idvu-dhm

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: btx-idvu-dhm

**By Phone Please Dial: +1 787-333-6333**, Access Code: 6654706926578

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Monday, August 1, 2022.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535 / Fax. (787) 977-3551

22-02163-ESL                         CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | LYSSETTE A MORALES VIDAL*<br>URB VILLA BLANCA<br>#76 CALLE AQUAMARINA<br>CAGUAS, PR  00725 |
| CRIM<br>BANKRUPTCY DIVISION<br>PO BOX 195387<br>SAN JUAN, PR  00919 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| AEE<br>PO BOX 363508<br>SAN JUAN,, PR  00936-3508 | LUMA<br>PO BOX 363508<br>SAN JUAN,, PR  00936-3508 |
| KEVIN NIEVES MARIN<br>HC 3 BOX 15836<br>QUEBRADILLAS, PR  00678 | ARIANA ORTIZ<br>617 CALLE 14<br>SAN JUAN,, PR  00915-4129 |
| BANCO SANTANDER DE PUERTO RICO<br>207 AVE PONCE DE LEON FL 6<br>SAN JUAN,, PR  00917-1818 | BARTOLO PEREZ<br>1A CALLE UCAR CUIDAD JARDIN III<br>TOA ALTA,, PR  00953-4864 |
| BENNI RODRIGUEZ<br>#16 CALLE ROSA<br>CEIBA, PR  00735 | BENNY RODRIGUEZ<br>A1 CALLE TRINA PADILLA DE SANZ<br>MANATI,, PR  00674-6615 |
| CARMEL ALBURQUE<br>205 CALLE PINTOR CAMPECHE<br>SAN JUAN,, PR  00918-4317 | ILSA E. GARCIA-GONZALEZ<br>P.O. BOX 387<br>AIBONITO, PR  00705 |
| ISLAND FINANCIAL<br>BANKRUPTCY 169 PR-47<br>SAN JUAN, PR  00925 | JAVIER GUILLERMO<br>AFI-AF99 CALLE AGUAS TIBIAS<br>TOA ALTA, PR  00954 |
| JELITZA BARRETO<br>PO BOX 1231<br>BAJADERO,, PR  00616-1231 | JOAN CHAMORRO<br>1484 AVE FD ROOSEVELT APT 904<br>SAN JUAN,, PR  00920-2721 |

| | |
|---|---|
| JOEL MARRERO<br>PO BOX 227<br>VEGA ALTA,, PR 00692-0227 | JOHANNA QUINONES<br>HC 20 BOX 28706<br>SAN LORENZO,, PR 00754-9471 |
| JOSE CAMPOS<br>50 CALLE 15<br>ARECIBO,, PR 00612-4307 | JOSE R. SALGADO<br>RR 3 BOX 8268<br>MANATI,, PR 00674-9634 |
| JUAN CRUZ PEREZ<br>HC 4 BOX 19065<br>CAMUY,, PR 00627-9518 | JULIANA ANDINO<br>A4 CALLE DR EMIGDIO ANTIQUE<br>TOA BAJA,, PR 00949-3552 |
| LINETTE VELAZQUEZ VELAZQUEZ<br>HC 04 BOX 6982<br>YABUCOA, PR 00767 | LUIS BONILLA<br>UNKNOWN<br>VEGA BAJA, PR<br>VEGA BAJA, 00000 |
| LUIS NIEVES NIEVES<br>HC 3 BOX 15836<br>QUEBRADILLAS,, PR 00678-9699 | MARIA FORTIER<br>E8 CALLE MAJAGUA<br>TRUJILLO ALTO,, PR 00976-3512 |
| MARIJULIA CRUZ LOPEZ<br>HC 2 BOX 8654<br>BAJADERO,, PR 00616-9745 | MELISSA RIVERA<br>522 ESTANCIAS DE MEMBRILLO<br>CAMUY, PR 00627 |
| MELVIN RIVERA<br>RR 2 BOX 6299<br>MANATI,, PR 00674-9609 | MIGDALIA MONROIG<br>21C CALLE E<br>MANATI, PR 00674 |
| MIRIAM NUNEZ<br>PO BOX 140905<br>ARECIBO,, PR 00614-0905 | NICHOLAS EDWARD SICARI<br>PO BOX 2831<br>ARECIBO,, PR 00613-2831 |
| RAFAEL VAZQUEZ<br>934 CALLE YABOA COUNTRY CLUB<br>SAN JUAN, PR 00924 | ROSALIA AVILES MALDONADO<br>2 CALLE 2 # 28<br>MANATI,, PR 00674-7109 |
| TAINY LOPEZ<br>PO BOX 231<br>BARCELONETA,, PR 00617-0231 | WC FINANCE INC.<br>PMB 125 HC 01<br>CAGUAS, PR 00725 |

| | |
|---|---|
| YAHAIRA ALICEA<br>141 CALLE BOGA<br>BARCELONETA,, PR 00617-2427 | ANTONIO RODRIGUEZ<br><br>BAYAMON, PR 00000 |
| BARBARA SANTIAGO<br><br>, PR 00000 | DAVID COLON MELENDEZ<br><br>MANATI, PR 00000 |
| JOSE RODRIGUEZ<br><br>MANATI, PR 00000 | NIEVES PEREZ<br><br>, PR 00000 |
| RAUL RAMOS<br><br>, PR 00000 | SAMI HERNANDEZ<br><br>MANATI, PR 00000 |
| ABIGAIL VEGA<br><br>, PR 00000 | ADAMARIS SANTIAGO<br><br>, PR 00000 |
| AIDA BARRETO<br><br>VEGA ALTA, PR 00000 | ANGEL ROMERO<br>89 CALLE RIO TURABO<br>LAS PIEDRAS, PR 00771-3567 |
| ANNA M RAMIREZ<br>PO BOX 384<br>BAJADERO, PR 00616-0384 | ANNETTE SIMONELI<br><br>, PR 00000 |
| ARNALDO NEGRON<br><br>, PR 00000 | BRUNY ALVARADO<br>HC 3 BOX 36004<br>MOROVIS, PR 00687-9108 |
| CARLOS A VAZQUEZ<br>BOX 1764<br>COROZAL, PR 00783 | CARLOS CASTRO<br><br>, PR 00000 |
| CARLOS GONZALEZ<br><br>, PR 00000 | CARLOS J OYOLA<br><br>, PR 00000 |

| | |
|---|---|
| CELIA VAZQUEZ<br><br>, PR  00000 | CHRISTIAN ORTEGA<br><br>, PR  00000 |
| CHRISTIAN POLANCO<br><br>, PR  00000 | CORALYS LOZADA<br>HC 4 BOX 6753<br>COROZAL, PR  00783-8815 |
| DAVID TORRES<br><br>, PR  00000 | |
| DATED:  August 01, 2022 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |

Page 4 of 4   CASE NO.  22-02163-ESL