```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>KEVIN NIEVES MARIN<br><br>DEBTOR (S) | CASE NO. 22-02163-ESL<br><br>CHAPTER 13 |

```
                     NOTICE OF CONTINUANCE OF
                      341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

   The section 341 meeting of creditors scheduled for

Wed Aug 31, 2022 at  8:40 am has been continued to

Mon Nov 28, 2022 at  1:00 pm and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: qqm-vqfm-pow

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: qqm-vqfm-pow

**By Phone Please Dial: +1 787-333-6333**, Access Code: 7501148181367

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute   increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Tuesday, October 11, 2022.

   I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

```
                         /s/ Jose R. Carrion
                         Office of Jose R. Carrion
                         Chapter 13 Trustee
                         PO Box 9023884, Old San Juan Station
                         San Juan, PR  00902-3884
                         Tel. (787) 977-3535 / Fax. (787) 977-3551
```

22-02163-ESL                       CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 |
| LYSSETTE A MORALES VIDAL*<br>URB VILLA BLANCA<br>#76 CALLE AQUAMARINA<br>CAGUAS, PR  00725 | PRO SE*<br>ACTING AS OWN ATTORNEY<br>, PR  00000 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617 | CRIM<br>BANKRUPTCY DIVISION<br>PO BOX 195387<br>SAN JUAN, PR  00919 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 |
| AEE<br>PO BOX 363508<br>SAN JUAN,, PR  00936-3508 | LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR  00936 |
| KEVIN NIEVES MARIN<br>HC 3 BOX 15836<br>QUEBRADILLAS, PR  00678 | ANGEL ROSADO COLON & GLENDA RODRIGUEZ<br>659 CALLE MARIA LOIZA VALLEY<br>CANOVANAS,, PR  00729-3413 |
| ARIANA ORTIZ<br>617 CALLE 14<br>SAN JUAN,, PR  00915-4129 | BANCO SANTANDER DE PUERTO RICO<br>207 AVE PONCE DE LEON FL 6<br>SAN JUAN,, PR  00917-1818 |
| BARTOLO PEREZ<br>1A CALLE UCAR CUIDAD JARDIN III<br>TOA ALTA,, PR  00953-4864 | BENNI RODRIGUEZ<br>#16 CALLE ROSA<br>CEIBA, PR  00735 |
| BENNY RODRIGUEZ<br>A1 CALLE TRINA PADILLA DE SANZ<br>MANATI,, PR  00674-6615 | CARMEL ALBURQUE<br>205 CALLE PINTOR CAMPECHE<br>SAN JUAN,, PR  00918-4317 |

```
ILSA E. GARCIA-GONZALEZ              ISLAND FINANCIAL
P.O. BOX 387                         BANKRUPTCY 169 PR-47
AIBONITO, PR  00705                  SAN JUAN, PR  00925


JAVIER GUILLERMO                     JELITZA BARRETO
AFI-AF99 CALLE AGUAS TIBIAS          PO BOX 1231
TOA ALTA, PR  00954                  BAJADERO,, PR  00616-1231


JOAN CHAMORRO                        JOEL MARRERO
1484 AVE FD ROOSEVELT APT 904        PO BOX 227
SAN JUAN,, PR  00920-2721            VEGA ALTA,, PR  00692-0227


JOHANNA QUINONES                     JOSE CAMPOS
HC 20 BOX 28706                      50 CALLE 15
SAN LORENZO,, PR  00754-9471         ARECIBO,, PR  00612-4307


JOSE R. SALGADO                      JUAN CRUZ PEREZ
RR 3 BOX 8268                        HC 4 BOX 19065
MANATI,, PR  00674-9634              CAMUY,, PR  00627-9518


JULIANA ANDINO                       LINETTE VELAZQUEZ VELAZQUEZ
A4 CALLE DR EMIGDIO ANTIQUE          HC 04 BOX 6982
TOA BAJA,, PR  00949-3552            YABUCOA, PR  00767


LUIS BONILLA                         LUIS NIEVES NIEVES
UNKNOWN                              HC 3 BOX 15836
VEGA BAJA, PR                        QUEBRADILLAS,, PR  00678-9699
VEGA BAJA,  00000


MARIA FORTIER                        MARIJULIA CRUZ LOPEZ
E8 CALLE MAJAGUA                     HC 2 BOX 8654
TRUJILLO ALTO,, PR  00976-3512       BAJADERO,, PR  00616-9745


MELISSA RIVERA                       MELVIN RIVERA
522 ESTANCIAS DE MEMBRILLO           RR 2 BOX 6299
CAMUY, PR  00627                     MANATI,, PR  00674-9609


MIGDALIA MONROIG                     MIRIAM NUNEZ
21C CALLE E                          PO BOX 140905
MANATI, PR  00674                    ARECIBO,, PR  00614-0905
```

| | |
|---|---|
| NICHOLAS EDWARD SICARI<br>PO BOX 2831<br>ARECIBO,, PR 00613-2831 | ISABEL VAZQUEZ<br>934 CALLE YABOA COUNTRY CLUB<br>SAN JUAN, PR 00924 |
| ROSALIA AVILES MALDONADO<br>2 CALLE 2 # 28<br>MANATI,, PR 00674-7109 | TAINY LOPEZ<br>PO BOX 231<br>BARCELONETA,, PR 00617-0231 |
| WC FINANCE INC.<br>PMB 125 HC 01<br>CAGUAS, PR 00725 | YAHAIRA ALICEA<br>141 CALLE BOGA<br>BARCELONETA,, PR 00617-2427 |
| ANTONIO RODRIGUEZ<br><br>BAYAMON, PR 00000 | BARBARA SANTIAGO<br><br>, PR 00000 |
| DAVID COLON MELENDEZ<br><br>MANATI, PR 00000 | JOSE RODRIGUEZ<br><br>MANATI, PR 00000 |
| NIEVES PEREZ<br><br>, PR 00000 | RAUL RAMOS<br><br>, PR 00000 |
| SAMI HERNANDEZ<br><br>MANATI, PR 00000 | ABIGAIL VEGA<br><br>, PR 00000 |
| ADAMARIS SANTIAGO<br><br>, PR 00000 | AIDA BARRETO<br><br>VEGA ALTA, PR 00000 |
| ANNA M RAMIREZ<br>PO BOX 384<br>BAJADERO, PR 00616-0384 | ANNETTE SIMONELI<br><br>, PR 00000 |
| ARNALDO NEGRON<br><br>, PR 00000 | BRUNY ALVARADO<br>HC 3 BOX 36004<br>MOROVIS, PR 00687-9108 |

| | |
|---|---|
| CARLOS A VAZQUEZ<br>BOX 1764<br>COROZAL, PR 00783 | CARLOS CASTRO<br>, PR 00000 |
| CARLOS GONZALEZ<br>, PR 00000 | CARLOS J OYOLA<br>, PR 00000 |
| CELIA VAZQUEZ<br>, PR 00000 | CHRISTIAN ORTEGA<br>, PR 00000 |
| CHRISTIAN POLANCO<br>, PR 00000 | CORALYS LOZADA<br>HC 4 BOX 6753<br>COROZAL, PR 00783-8815 |
| DAVID TORRES<br>, PR 00000 | EDGAR GONZALEZ<br>, PR 00000 |
| EDWIN GONZALEZ<br>, PR 00000 | EDWIN GUZMAN<br>, PR 00000 |
| EDWIN MENDEZ<br>, PR 00000 | EDWIN OMAR SOTO<br>, PR 00000 |
| EDWIN ORTIZ<br>, PR 00000 | EDWIN VEGA<br>, PR 00000 |
| ELBA MARCANO<br>, PR 00000 | EUNICE RIVERA<br>, PR 00000 |
| FELIPE TORRES<br>, PR 00000 | FRANCISCO LOPEZ<br>, PR 00000 |

| | |
|---|---|
| GENESIS TORRES<br><br>, PR 00000 | GAGNES RICTO<br><br>, PR 00000 |
| GLORISEL MERCADO<br><br>, PR 00000 | HARRY CABRERA<br><br>, PR 00000 |
| HAWY CORTEZ<br><br>, PR 00000 | HECTOR LUIS TORRES<br><br>, PR 00000 |
| HECTOR OCASIO<br><br>, PR 00000 | HECTOR VEGA<br><br>, PR 00000 |
| HERONO SANTIAGO<br><br>, 00000 | IRMA LOPEZ<br>ESTANCIAS DEL PLATA<br>A5 CALLE 1<br>SECTOR LAS ACEROLAS<br>TOA ALTA, PR 00953 |
| IVAN RODRIGUEZ<br><br>, 00000 | JANET PANTOJA<br><br>, 00000 |
| JAVIER RAMIREZ<br><br>, 00000 | JENNY CLASSEN<br><br>, 00000 |
| JESEL VEGA<br><br>, 00000 | JESSICA E BAEZ<br><br>, 00000 |
| JESUS ESCOBAR<br><br>, 00000 | JESUS RODRIGUEZ<br>34 CAMINO LOS VELAZQUEZ<br>SAN JUAN, PR 00926-8624 |
| JEYMI HERNANDEZ<br><br>, 00000 | JIROY ROBLES<br><br>, 00000 |

| | |
|---|---|
| JONATHAN MOLINA<br><br>, 00000 | JOSE ALMODOVAR<br><br>, 00000 |
| JOSE ORTIZ<br>VILLA UNIVERSITARIA<br>D 82 CALLE 7<br>GUAYAMA, PR 00784 | JOSE OTERO<br><br>, 00000 |
| JOSE SERRANO<br><br>, 00000 | JOSHUA HERNANDEZ<br><br>, 00000 |
| JUAN CARLOS NICOT<br><br>, 00000 | JUAN CARLOS PEREZ<br><br>, 00000 |
| KATINA CORTEZ<br><br>, 00000 | KATIRIA RODRIGUEZ<br><br>, 00000 |
| KELITZA QUINONEZ<br><br>, 00000 | KENNETH SANTOS<br><br>, 00000 |
| KIMBERLY LOPEZ<br><br>, 00000 | LADY LOPEZ<br><br>, 00000 |
| LISSY ANDUJAR<br><br>, 00000 | LUIS A SOTO SOTO<br>PO BOX 270<br>FLORIDA, PR 00650-0270 |
| LUIS CRUZ<br>APRIL GARDEN<br>10 H CALLE 12<br>LAS PIEDRAS, PR 00771 | LUIS DELGADO<br><br>, 00000 |
| LUIS GARCIA<br><br>, 00000 | MANUEL DAVILA<br><br>, 00000 |

| | |
|---|---|
| MARCOS RAMOS<br><br>,   00000 | MARIA LAFONTAINE<br><br>,   00000 |
| MARTA ROSA VELEZ<br><br>,   00000 | MARTA VELEZ<br><br>,   00000 |
| MIGDALIA GONZALEZ<br><br>,   00000 | MIGDALIA RIVERA<br><br>,   00000 |
| MIGUEL FERNANDEZ<br><br>,   00000 | MIRIAM ROMAN<br><br>,   00000 |
| MOJICA GUAYNABO<br><br>,   00000 | MYRNA SUAREZ<br><br>,   00000 |
| NICKY VALENTIN<br><br>,   00000 | ORLANDO ROYO<br><br>,   00000 |
| ORLANDO SAEZ<br>J8 CALLE 15<br>CAYEY, PR  00736-4025 | OSVALDO RIVERA<br><br>,   00000 |
| PIELIZ RAMOS<br><br>,   00000 | RAFAEL PEREZ<br><br>,   00000 |
| RAFAEL ROLDON<br><br>,   00000 | RAUL MARRERO<br><br>,   00000 |
| RAUL OTERO<br><br>,   00000 | REGGIE ORTIZ<br>H9 CALLE MADRID<br>GUAYNABO, PR  00969-4903 |

| | |
|---|---|
| ROBALO JARAMILLO<br><br>, 00000 | RUBEN NAVARRO<br><br>, 00000 |
| SANDRA PIZZINI<br><br>, 00000 | SANDRA RODRIGUEZ<br><br>, 00000 |
| TANIA GARCIA<br><br>, 00000 | WENDY HERNANDEZ<br><br>, 00000 |
| WILFREDO COLON<br><br>, 00000 | WILFREDO MARRERO<br><br>, 00000 |
| WILFREDO TORRES<br><br>, 00000 | WILMARIE OLIVERA<br><br>, 00000 |
| XAVIER CARRERO<br>PO BOX 759<br>AGUADA, PR 00602-0759 | XIOMARA MENDOZA<br>RR1 BOX 14832<br>MANATI, PR 00674 |
| YADIRA VILELLA<br><br>, 00000 | YARAIDA RODRIGUEZ<br><br>, 00000 |
| ZINNEABEL ELEUTICE<br><br>, 00000 | CHRISTIAN NIEVES MARIN<br>HC 3 BOX 15836<br>QUEBRADILLAS, PR 00678-9699 |
| DELSI NUNEZ<br><br>, 00000 | JUAN CARLOS MOLINA<br>B22 CALLE MERCURIO<br>VEGA BAJA, PR 00693 |
| NYVIA MORALES<br><br>, 00000 | FELIX M TORRES<br>845 CALLE MAR CHIQUITA<br>DORADO, PR 00646-6115 |

| | |
|---|---|
| GLORISEL MALDONADO MEDINA<br>7 CALLE CALESSA<br>ARECIBO, PR 00612-6631 | PAYTER VELEZ<br>HC 02 BOX 6856<br>JAYUYA, PR 00664 |
| ISRAEL SALGADO AGOSTO<br>F 65 EXT MELENDEZ<br>FAJARDO, PR 00738 | NISHMA TORRES<br>86 CALLE RIO CAMUY<br>HUMACAO, PR 00791-4427 |
| RAYMOND MERCADO<br>COUNTRY HILL 185<br>FLORIDA, PR 00650 | RAYMOND MERCADO<br>PO BOX 185<br>FLORIDA, PR 00650-0185 |
| EDWIN VAZQUEZ REYES<br>S3 CALLE 22<br>TOA ALTA, PR 00953-4248 | GEORGINA RIVERA<br>PO BOX 20000 PMB 239<br>CANOVANAS, PR 00729-0042 |
| RUBEN PADILLA ALVARADO<br>16 CALLE ALEXANDRINA<br>DORADO, PR 00646-9607 | JOSE CAMPOS<br>URB GARCIA<br>50 CALLE 15<br>ARECIBO, PR 00612 |

DATED: October 11, 2022

CAROLINE MARTINEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 9 of 9   CASE NO.   22-02163-ESL