```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>KEVIN NIEVES MARIN<br><br>     DEBTOR (S) | CASE NO. 22-02163-ESL<br><br>CHAPTER 13 |

TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. The Debtor(s) failed to commence making payments under the proposed plan in violation of what is required pursuant to 11 U.S.C. §1326(a)(1).

2. There is CAUSE for this case dismissal as the Debtor(s) is (are) in material `default with respect to the terms of the confirmed plan (or proposed plan). As of November 01, 2022 the default is equal to $1,800.00. 11 U.S.C. §1307(c)(6). Situation that constitutes an unreasonable delay prejudicial to creditors. 11 U.S.C. §1307 (c)(1).

WHEREFORE the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for cause pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

30 DAYS NOTICE: Pursuant to General Order No. 05-09, the Debtor(s), his/her/their counsel of record, and all those parties in interest who have filed a notice of appearance in this case, are hereby notified that unless a party in interest files an objection hereto within 30 days from the date of this notice, the case may be dismissed or converted without the need of further notice or hearing.

NEGATIVE CERTIFICATION PURSUANT TO SECTION 201(B)(4) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003: The Chapter 13 Trustee declares that according to the attached certification(s), provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the ARMY, NAVY, or AIR FORCES of the United States of America; National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Tuesday, November 1, 2022.

/s/ Jose R. Carrion

JOSE R. CARRION CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902
Tel (787) 977-3535
FAX (787) 977-3550

Case:22-02163-ESL13  Doc#:35  Filed:11/01/22  Entered:11/01/22 13:19:58  Desc: Main
Department of Defense Manpower Data Center   Document   Page 2 of 10      Results as of : Nov-01-2022 11:32:00 AM

SCRA 5.15



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8845 |
| Birth Date: | |
| Last Name: | NIEVES MARIN |
| First Name: | KEVIN |
| Middle Name: | |
| Status As Of: | Nov-01-2022 |
| Certificate ID: | 2NH88VHPMTF18RB |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

22-02163-ESL                                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| PRO SE*<br>ACTING AS OWN ATTORNEY<br>, PR  00000 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | KEVIN NIEVES MARIN<br>HC 3 BOX 15836<br>QUEBRADILLAS, PR  00678 |
| ABIGAIL VEGA<br><br>, PR  00000 | ADAMARIS SANTIAGO<br><br>, PR  00000 |
| AEE<br>PO BOX 363508<br>SAN JUAN,, PR  00936-3508 | AIDA BARRETO<br><br>VEGA ALTA, PR  00000 |
| ANGEL ROSADO COLON & GLENDA RODRIGUEZ<br>659 CALLE MARIA LOIZA VALLEY<br>CANOVANAS,, PR  00729-3413 | ANNA M RAMIREZ<br>PO BOX 384<br>BAJADERO, PR  00616-0384 |
| ANNETTE SIMONELI<br><br>, PR  00000 | ANTONIO RODRIGUEZ<br><br>BAYAMON, PR  00000 |
| ARIANA ORTIZ<br>617 CALLE 14<br>SAN JUAN,, PR  00915-4129 | ARNALDO NEGRON<br><br>, PR  00000 |
| BANCO SANTANDER DE PUERTO RICO<br>207 AVE PONCE DE LEON FL 6<br>SAN JUAN,, PR  00917-1818 | BARBARA SANTIAGO<br><br>, PR  00000 |
| BARTOLO PEREZ<br>1A CALLE UCAR CUIDAD JARDIN III<br>TOA ALTA,, PR  00953-4864 | BENNI RODRIGUEZ<br>#16 CALLE ROSA<br>CEIBA, PR  00735 |
| BENNY RODRIGUEZ<br>A1 CALLE TRINA PADILLA DE SANZ<br>MANATI,, PR  00674-6615 | BRUNY ALVARADO<br>HC 3 BOX 36004<br>MOROVIS, PR  00687-9108 |

| | |
|---|---|
| CARLOS A VAZQUEZ<br>BOX 1764<br>COROZAL, PR 00783 | CARLOS CASTRO<br><br>, PR 00000 |
| CARLOS GONZALEZ<br><br>, PR 00000 | CARLOS J OYOLA<br><br>, PR 00000 |
| CARMEL ALBURQUE<br>205 CALLE PINTOR CAMPECHE<br>SAN JUAN,, PR 00918-4317 | CELIA VAZQUEZ<br><br>, PR 00000 |
| CHRISTIAN NIEVES MARIN<br>HC 3 BOX 15836<br>QUEBRADILLAS, PR 00678-9699 | CHRISTIAN ORTEGA<br><br>, PR 00000 |
| CHRISTIAN POLANCO<br><br>, PR 00000 | CORALYS LOZADA<br>HC 4 BOX 6753<br>COROZAL, PR 00783-8815 |
| CRIM<br>BANKRUPTCY DIVISION<br>PO BOX 195387<br>SAN JUAN, PR 00919 | DAVID COLON MELENDEZ<br><br>MANATI, PR 00000 |
| DAVID TORRES<br><br>, PR 00000 | DELSI NUNEZ<br><br>, 00000 |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | EDGAR GONZALEZ<br><br>, PR 00000 |
| EDWIN GONZALEZ<br><br>, PR 00000 | EDWIN GUZMAN<br><br>, PR 00000 |
| EDWIN MENDEZ<br><br>, PR 00000 | EDWIN OMAR SOTO<br><br>, PR 00000 |
| EDWIN ORTIZ<br><br>, PR 00000 | EDWIN VAZQUEZ REYES<br>S3 CALLE 22<br>TOA ALTA, PR 00953-4248 |
| EDWIN VEGA<br><br>, PR 00000 | ELBA MARCANO<br><br>, PR 00000 |

| | |
|---|---|
| EUNICE RIVERA<br>, PR  00000 | FELIPE TORRES<br>, PR  00000 |
| FELIX M TORRES<br>845 CALLE MAR CHIQUITA<br>DORADO, PR  00646-6115 | FRANCISCO LOPEZ<br>, PR  00000 |
| GENESIS TORRES<br>, PR  00000 | GEORGINA RIVERA<br>PO BOX 20000 PMB 239<br>CANOVANAS, PR  00729-0042 |
| GLADYS RICE<br>, PR  00000 | GLORISEL MALDONADO MEDINA<br>7 CALLE CALESSA<br>ARECIBO, PR  00612-6631 |
| GLORISEL MERCADO<br>, PR  00000 | HARRY CABRERA<br>, PR  00000 |
| HAWY CORTEZ<br>, PR  00000 | HECTOR LUIS TORRES<br>, PR  00000 |
| HECTOR OCASIO<br>, PR  00000 | HECTOR VEGA<br>, PR  00000 |
| HERONO SANTIAGO<br>,   00000 | ILSA E. GARCIA-GONZALEZ<br>P.O. BOX 387<br>AIBONITO, PR  00705 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | IRMA LOPEZ<br>ESTANCIAS DEL PLATA<br>A5 CALLE 1<br>SECTOR LAS ACEROLAS |
| ISLAND FINANCIAL<br>BANKRUPTCY 169 PR-47<br>SAN JUAN, PR  00925 | ISRAEL SALGADO AGOSTO<br>F 65 EXT MELENDEZ<br>FAJARDO, PR  00738 |
| IVAN RODRIGUEZ<br>,   00000 | JANET PANTOJA<br>,   00000 |
| JAVIER GUILLERMO<br>AFI-AF99 CALLE AGUAS TIBIAS<br>TOA ALTA, PR  00954 | JAVIER RAMIREZ<br>,   00000 |
| JAVIER VELEZ<br>HC 02 BOX 6856<br>JAYUYA, PR  00664 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 |

| | |
|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617 | JELITZA BARRETO<br>PO BOX 1231<br>BAJADERO,, PR  00616-1231 |
| JENNY CLASSEN<br>,   00000 | JESEL VEGA<br>,   00000 |
| JESSICA E BAEZ<br>,   00000 | JESUS ESCOBAR<br>,   00000 |
| JESUS RODRIGUEZ<br>34 CAMINO LOS VELAZQUEZ<br>SAN JUAN, PR  00926-8624 | JEYMI HERNANDEZ<br>,   00000 |
| JIROY ROBLES<br>,   00000 | JOAN CHAMORRO<br>1484 AVE FD ROOSEVELT APT 904<br>SAN JUAN,, PR  00920-2721 |
| JOEL MARRERO<br>PO BOX 227<br>VEGA ALTA,, PR  00692-0227 | JOHANNA QUINONES<br>HC 20 BOX 28706<br>SAN LORENZO,, PR  00754-9471 |
| JONATHAN MOLINA<br>,   00000 | JOSE ALMODOVAR<br>,   00000 |
| JOSE CAMPOS<br>50 CALLE 15<br>ARECIBO,, PR  00612-4307 | JOSE CAMPOS<br>URB GARCIA<br>50 CALLE 15<br>ARECIBO, PR  00612 |
| JOSE ORTIZ<br>VILLA UNIVERSITARIA<br>D 82 CALLE 7<br>GUAYAMA, PR  00784 | JOSE OTERO<br>,   00000 |
| JOSE R. SALGADO<br>RR 3 BOX 8268<br>MANATI,, PR  00674-9634 | JOSE RODRIGUEZ<br>MANATI, PR  00000 |
| JOSE SERRANO<br>,   00000 | JOSHUA HERNANDEZ<br>,   00000 |
| JUAN CARLOS MOLINA<br>B22 CALLE MERCURIO<br>VEGA BAJA, PR  00693 | JUAN CARLOS NICOT<br>,   00000 |
| JUAN CARLOS PEREZ<br>,   00000 | JUAN CRUZ PEREZ<br>HC 4 BOX 19065<br>CAMUY,, PR  00627-9518 |

| | |
|---|---|
| JULIANA ANDINO<br>A4 CALLE DR EMIGDIO ANTIQUE<br>TOA BAJA,, PR  00949-3552 | KATINA CORTEZ<br><br>,   00000 |
| KATIRIA RODRIGUEZ<br><br>,   00000 | KELITZA QUINONEZ<br><br>,   00000 |
| KENNETH SANTOS<br><br>,   00000 | KIMBERLY LOPEZ<br><br>,   00000 |
| LADY LOPEZ<br><br>,   00000 | LINETTE VELAZQUEZ VELAZQUEZ<br>HC 04 BOX 6982<br>YABUCOA, PR  00767 |
| LISSY ANDUJAR<br><br>,   00000 | LUIS A SOTO SOTO<br>PO BOX 270<br>FLORIDA, PR  00650-0270 |
| LUIS BONILLA<br>UNKNOWN<br>VEGA BAJA, PR<br>VEGA BAJA,   00000 | LUIS CRUZ<br>APRIL GARDEN<br>10 H CALLE 12<br>LAS PIEDRAS, PR  00771 |
| LUIS DELGADO<br><br>,   00000 | LUIS GARCIA<br><br>,   00000 |
| LUIS NIEVES NIEVES<br>HC 3 BOX 15836<br>QUEBRADILLAS,, PR  00678-9699 | LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR  00936 |
| MANUEL DAVILA<br><br>,   00000 | MARCOS RAMOS<br><br>,   00000 |
| MARIA FORTIER<br>E8 CALLE MAJAGUA<br>TRUJILLO ALTO,, PR  00976-3512 | MARIA LAFONTAINE<br><br>,   00000 |
| MARIJULIA CRUZ LOPEZ<br>HC 2 BOX 8654<br>BAJADERO,, PR  00616-9745 | MARTA ROSA VELEZ<br><br>,   00000 |
| MARTA VELEZ<br><br>,   00000 | MELISSA RIVERA<br>522 ESTANCIAS DE MEMBRILLO<br>CAMUY, PR  00627 |
| MELVIN RIVERA<br>RR 2 BOX 6299<br>MANATI,, PR  00674-9609 | MIGDALIA GONZALEZ<br><br>,   00000 |

| | |
|---|---|
| MIGDALIA MONROIG<br>21C CALLE E<br>MANATI, PR  00674 | MIGDALIA RIVERA<br><br>,  00000 |
| MIGUEL FERNANDEZ<br><br>,  00000 | MIRIAM NUNEZ<br>PO BOX 140905<br>ARECIBO,, PR  00614-0905 |
| MIRIAM ROMAN<br><br>,  00000 | MOJICA GUAYNABO<br><br>,  00000 |
| MYRNA SUAREZ<br><br>,  00000 | NICHOLAS EDWARD SICARI<br>PO BOX 2831<br>ARECIBO,, PR  00613-2831 |
| NICKY VALENTIN<br><br>,  00000 | NIEVES PEREZ<br><br>, PR  00000 |
| NISHMA TORRES<br>86 CALLE RIO CAMUY<br>HUMACAO, PR  00791-4427 | NYVIA MORALES<br><br>,  00000 |
| ORLANDO ROYO<br><br>,  00000 | ORLANDO SAEZ<br>J8 CALLE 15<br>CAYEY, PR  00736-4025 |
| OSVALDO RIVERA<br><br>,  00000 | PIELIZ RAMOS<br><br>,  00000 |
| RAFAEL PEREZ<br><br>,  00000 | RAFAEL ROLDON<br><br>,  00000 |
| RAFAEL VAZQUEZ<br>934 CALLE YABOA   COUNTRY CLUB<br>SAN JUAN, PR  00924 | RAUL MARRERO<br><br>,  00000 |
| RAUL OTERO<br><br>,  00000 | RAUL RAMOS<br><br>, PR  00000 |
| RAYMOND MERCADO<br>COUNTRY HILL 185<br>FLORIDA, PR  00650 | RAYMOND MERCADO<br>PO BOX 185<br>FLORIDA, PR  00650-0185 |
| REGGIE ORTIZ<br>H9 CALLE MADRID<br>GUAYNABO, PR  00969-4903 | ROBALO JARAMILLO<br><br>,  00000 |

| | |
|---|---|
| ROSALIA AVILES MALDONADO<br>2 CALLE 2 # 28<br>MANATI,, PR  00674-7109 | RUBEN NAVARRO<br><br>,  00000 |
| RUBEN PADILLA ALVARADO<br>16 CALLE ALEXANDRINA<br>DORADO, PR  00646-9607 | SAMI HERNANDEZ<br><br>MANATI, PR  00000 |
| SANDRA PIZZINI<br><br>,  00000 | SANDRA RODRIGUEZ<br><br>,  00000 |
| TAINY LOPEZ<br>PO BOX 231<br>BARCELONETA,, PR  00617-0231 | TANIA GARCIA<br><br>,  00000 |
| WC FINANCE INC.<br>PMB 125 HC 01<br>CAGUAS, PR  00725 | WENDY HERNANDEZ<br><br>,  00000 |
| WILFREDO COLON<br><br>,  00000 | WILFREDO MARRERO<br><br>,  00000 |
| WILFREDO TORRES<br><br>,  00000 | WILMARIE OLIVERA<br><br>,  00000 |
| XAVIER CARRERO<br>PO BOX 759<br>AGUADA, PR  00602-0759 | XIOMARA MENDOZA<br>RR1 BOX 14832<br>MANATI, PR  00674 |
| YADIRA VILELLA<br><br>,  00000 | YAHAIRA ALICEA<br>141 CALLE BOGA<br>BARCELONETA,, PR  00617-2427 |
| YARAIDA RODRIGUEZ<br><br>,  00000 | ZINNEABEL ELEUTICE<br><br>,  00000 |

DATED:  November 01, 2022

CAROLINE MARTINEZ

OFFICE OF THE CHAPTER 13 TRUSTEE