# UNITED STATES BANKRUPTCY COURT
## SAN JUAN

| | |
|---|---|
| In re:<br><br>KEVIN NIEVES MARIN<br><br>Debtor(s) | Case No. 22-02163-ESL |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

José R. Carrión, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2022.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan NA.

5) The case was dismissed on 12/05/2022.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,202.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor | | | $0.00 | | | |
| Less amount refunded to debtor | | | $0.00 | | | |
| **NET RECEIPTS:** | | | | | | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:   $3,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABIGAIL VEGA | Priority | 104.00 | NA | NA | 0.00 | 0.00 |
| ADAMARIS SANTIAGO | Priority | 103.13 | NA | NA | 0.00 | 0.00 |
| AIDA BARRETO | Priority | 212.00 | NA | NA | 0.00 | 0.00 |
| ANGEL ROSADO COLON & GLENDA | Priority | 266.00 | NA | 401.40 | 0.00 | 0.00 |
| ANNA M RAMIREZ | Priority | 147.18 | NA | NA | 0.00 | 0.00 |
| ANNETTE SIMONELI | Priority | 4,125.50 | NA | NA | 0.00 | 0.00 |
| ANTONIO RODRIGUEZ | Priority | 1,180.00 | NA | NA | 0.00 | 0.00 |
| ARIANA ORTIZ | Priority | 1,220.00 | NA | NA | 0.00 | 0.00 |
| ARNALDO NEGRON | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| BARBARA SANTIAGO | Priority | 280.00 | NA | NA | 0.00 | 0.00 |
| BARTOLO PEREZ | Priority | 4,264.00 | NA | NA | 0.00 | 0.00 |
| BENNI RODRIGUEZ | Priority | 443.00 | NA | NA | 0.00 | 0.00 |
| BENNY RODRIGUEZ | Priority | 740.00 | NA | NA | 0.00 | 0.00 |
| BRUNY ALVARADO | Priority | 293.00 | NA | NA | 0.00 | 0.00 |
| CARLOS A VAZQUEZ | Priority | 755.00 | NA | NA | 0.00 | 0.00 |
| CARLOS CASTRO | Priority | 275.50 | NA | NA | 0.00 | 0.00 |
| CARLOS GONZALEZ | Priority | 121.88 | NA | NA | 0.00 | 0.00 |
| CARLOS J OYOLA | Priority | 195.12 | NA | NA | 0.00 | 0.00 |
| CARMEL ALBURQUE | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| CELIA VAZQUEZ | Priority | 101.46 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN NIEVES MARIN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN ORTEGA | Priority | 585.00 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN POLANCO | Priority | 108.71 | NA | NA | 0.00 | 0.00 |
| CORALYS LOZADA | Priority | 402.10 | NA | NA | 0.00 | 0.00 |
| DAVID COLON MELENDEZ | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| DAVID TORRES | Priority | 276.00 | NA | NA | 0.00 | 0.00 |
| DELSI NUNEZ | Priority | 425.10 | NA | NA | 0.00 | 0.00 |
| EDGAR GONZALEZ | Priority | 800.00 | NA | NA | 0.00 | 0.00 |
| EDWIN GONZALEZ | Priority | 130.00 | NA | NA | 0.00 | 0.00 |
| EDWIN GUZMAN | Priority | 1,250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EDWIN MENDEZ | Priority | 2,062.00 | NA | NA | 0.00 | 0.00 |
| EDWIN OMAR SOTO | Priority | 361.00 | NA | NA | 0.00 | 0.00 |
| EDWIN ORTIZ | Priority | 206.27 | NA | NA | 0.00 | 0.00 |
| EDWIN VAZQUEZ REYES | Priority | 400.00 | NA | 400.00 | 0.00 | 0.00 |
| EDWIN VEGA | Priority | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ELBA MARCANO | Priority | 167.25 | NA | NA | 0.00 | 0.00 |
| EUNICE RIVERA | Priority | 88.50 | NA | NA | 0.00 | 0.00 |
| FELIPE TORRES | Priority | 580.00 | NA | NA | 0.00 | 0.00 |
| FELIX M TORRES | Priority | 700.00 | NA | 1,319.03 | 0.00 | 0.00 |
| FRANCISCO LOPEZ | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| GENESIS TORRES | Priority | 564.00 | NA | NA | 0.00 | 0.00 |
| GEORGINA RIVERA | Priority | 472.00 | NA | 472.00 | 0.00 | 0.00 |
| GLADYS RICE | Priority | 1,615.00 | NA | NA | 0.00 | 0.00 |
| GLORISEL MALDONADO MEDINA | Priority | NA | NA | 402.00 | 0.00 | 0.00 |
| GLORISEL MERCADO | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| HARRY CABRERA | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| HAWY CORTEZ | Priority | 190.00 | NA | NA | 0.00 | 0.00 |
| HECTOR LUIS TORRES | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| HECTOR OCASIO | Priority | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HECTOR VEGA | Priority | 486.00 | NA | NA | 0.00 | 0.00 |
| HERONO SANTIAGO | Priority | 260.00 | NA | NA | 0.00 | 0.00 |
| ILSA E. GARCIA-GONZALEZ | Priority | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICES | Unsecured | NA | NA | 1,405.72 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICES | Priority | 1,424.00 | NA | 1,247.62 | 0.00 | 0.00 |
| IRMA LOPEZ | Priority | 211.50 | NA | NA | 0.00 | 0.00 |
| ISLAND FINANCIAL | Unsecured | 1,924.00 | NA | NA | 0.00 | 0.00 |
| ISRAEL SALGADO AGOSTO | Priority | 650.00 | NA | 600.00 | 0.00 | 0.00 |
| IVAN RODRIGUEZ | Priority | 408.37 | NA | NA | 0.00 | 0.00 |
| JANET PANTOJA | Priority | 2,600.00 | NA | NA | 0.00 | 0.00 |
| JAVIER GUILLERMO | Priority | 1,456.00 | NA | NA | 0.00 | 0.00 |
| JAVIER RAMIREZ | Priority | 1,680.00 | NA | NA | 0.00 | 0.00 |
| JAVIER VELEZ | Priority | 691.50 | NA | 500.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | NA | 1,854.63 | 0.00 | 0.00 |
| JELITZA BARRETO | Priority | 138.00 | NA | 138.00 | 0.00 | 0.00 |
| JENNY CLASSEN | Priority | 200.70 | NA | NA | 0.00 | 0.00 |
| JESEL VEGA | Priority | 97.56 | NA | NA | 0.00 | 0.00 |
| JESSICA E BAEZ | Priority | 390.00 | NA | NA | 0.00 | 0.00 |
| JESUS ESCOBAR | Priority | 66.90 | NA | NA | 0.00 | 0.00 |
| JESUS RODRIGUEZ | Priority | 243.00 | NA | NA | 0.00 | 0.00 |
| JEYMI HERNANDEZ | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| JIROY ROBLES | Priority | 110.00 | NA | NA | 0.00 | 0.00 |
| JOAN CHAMORRO | Priority | 741.00 | NA | NA | 0.00 | 0.00 |
| JOEL MARRERO | Priority | 100.00 | NA | 100.00 | 0.00 | 0.00 |
| JOEL MARRERO | Priority | NA | NA | 100.00 | 0.00 | 0.00 |
| JOHANNA QUINONES | Priority | 120.00 | NA | NA | 0.00 | 0.00 |
| JONATHAN MOLINA | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| JOSE ALMODOVAR | Priority | 1,235.00 | NA | NA | 0.00 | 0.00 |
| JOSE CAMPOS | Unsecured | 2,300.00 | NA | 2,300.00 | 0.00 | 0.00 |
| JOSE ORTIZ | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| JOSE OTERO | Priority | 292.50 | NA | NA | 0.00 | 0.00 |
| JOSE R. SALGADO | Priority | 900.00 | NA | NA | 0.00 | 0.00 |
| JOSE RODRIGUEZ | Priority | 1,140.00 | NA | NA | 0.00 | 0.00 |
| JOSE SERRANO | Priority | 292.68 | NA | NA | 0.00 | 0.00 |
| JOSHUA HERNANDEZ | Priority | 108.11 | NA | NA | 0.00 | 0.00 |
| JUAN CARLOS MOLINA | Priority | 128.00 | NA | NA | 0.00 | 0.00 |
| JUAN CARLOS NICOT | Priority | 326.00 | NA | NA | 0.00 | 0.00 |
| JUAN CARLOS PEREZ | Priority | 1,820.00 | NA | NA | 0.00 | 0.00 |
| JUAN CRUZ PEREZ | Priority | 434.00 | NA | NA | 0.00 | 0.00 |
| JULIANA ANDINO | Priority | 390.25 | NA | 390.25 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| KATINA CORTEZ | Priority | 367.00 | NA | NA | 0.00 | 0.00 |
| KATIRIA RODRIGUEZ | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| KELITZA QUINONEZ | Priority | 91.98 | NA | NA | 0.00 | 0.00 |
| KENNETH SANTOS | Priority | 431.00 | NA | NA | 0.00 | 0.00 |
| KIMBERLY LOPEZ | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| LADY LOPEZ | Priority | 108.00 | NA | NA | 0.00 | 0.00 |
| LINETTE VELAZQUEZ VELAZQUEZ | Priority | 735.00 | NA | 367.95 | 0.00 | 0.00 |
| LISSY ANDUJAR | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| LUIS A SOTO SOTO | Priority | 242.51 | NA | NA | 0.00 | 0.00 |
| LUIS BONILLA | Priority | 756.56 | NA | NA | 0.00 | 0.00 |
| LUIS CRUZ | Priority | 175.00 | NA | NA | 0.00 | 0.00 |
| LUIS DELGADO | Priority | 2,397.00 | NA | NA | 0.00 | 0.00 |
| LUIS GARCIA | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| LUIS NIEVES NIEVES | Unsecured | 17,468.00 | NA | NA | 0.00 | 0.00 |
| LUMA ENERGY | Unsecured | 2,251.73 | NA | 3,396.07 | 0.00 | 0.00 |
| MANUEL DAVILA | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| MARCOS RAMOS | Priority | 307.74 | NA | NA | 0.00 | 0.00 |
| MARIA FORTIER | Priority | 206.00 | NA | NA | 0.00 | 0.00 |
| MARIA LAFONTAINE | Priority | 425.00 | NA | NA | 0.00 | 0.00 |
| MARIJULIA CRUZ LOPEZ | Priority | 217.42 | NA | NA | 0.00 | 0.00 |
| MARTA ROSA VELEZ | Priority | 217.40 | NA | NA | 0.00 | 0.00 |
| MARTA VELEZ | Priority | 416.13 | NA | NA | 0.00 | 0.00 |
| MELISSA RIVERA | Priority | 495.00 | NA | NA | 0.00 | 0.00 |
| MELVIN RIVERA | Priority | 262.00 | NA | NA | 0.00 | 0.00 |
| MIGDALIA GONZALEZ | Priority | 275.00 | NA | NA | 0.00 | 0.00 |
| MIGDALIA MONROIG | Priority | 100.00 | NA | 100.00 | 0.00 | 0.00 |
| MIGDALIA RIVERA | Priority | 1,150.00 | NA | NA | 0.00 | 0.00 |
| MIGUEL FERNANDEZ | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| MIRIAM NUNEZ | Priority | 459.93 | NA | NA | 0.00 | 0.00 |
| MIRIAM ROMAN | Priority | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MOJICA GUAYNABO | Priority | 900.00 | NA | NA | 0.00 | 0.00 |
| MYRNA SUAREZ | Priority | 160.00 | NA | NA | 0.00 | 0.00 |
| NICHOLAS EDWARD SICARI | Priority | 2,600.00 | NA | NA | 0.00 | 0.00 |
| NICKY VALENTIN | Priority | 850.00 | NA | NA | 0.00 | 0.00 |
| NIEVES PEREZ | Priority | 750.00 | NA | NA | 0.00 | 0.00 |
| NISHMA TORRES | Priority | 199.00 | NA | 549.59 | 0.00 | 0.00 |
| NYVIA MORALES | Priority | 183.97 | NA | NA | 0.00 | 0.00 |
| ORLANDO ROYO | Priority | 110.94 | NA | NA | 0.00 | 0.00 |
| ORLANDO SAEZ | Priority | 850.00 | NA | NA | 0.00 | 0.00 |
| OSVALDO RIVERA | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| PIELIZ RAMOS | Priority | 300.49 | NA | NA | 0.00 | 0.00 |
| RAFAEL PEREZ | Priority | 80.00 | NA | NA | 0.00 | 0.00 |
| RAFAEL ROLDON | Priority | 1,772.00 | NA | NA | 0.00 | 0.00 |
| RAFAEL VAZQUEZ | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| RAUL MARRERO | Priority | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RAUL OTERO | Priority | 800.00 | NA | NA | 0.00 | 0.00 |
| RAUL RAMOS | Priority | 170.00 | NA | NA | 0.00 | 0.00 |
| RAYMOND MERCADO | Priority | NA | NA | 500.00 | 0.00 | 0.00 |
| REGGIE ORTIZ | Priority | 600.00 | NA | NA | 0.00 | 0.00 |
| ROBALO JARAMILLO | Priority | 740.00 | NA | NA | 0.00 | 0.00 |
| ROSALIA AVILES MALDONADO | Priority | 130.00 | NA | NA | 0.00 | 0.00 |
| RUBEN NAVARRO | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| RUBEN PADILLA ALVARADO | Priority | 482.00 | NA | 1,318.79 | 0.00 | 0.00 |
| SAMI HERNANDEZ | Priority | 2,939.00 | NA | NA | 0.00 | 0.00 |
| SANDRA PIZZINI | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| SANDRA RODRIGUEZ | Priority | 780.00 | NA | NA | 0.00 | 0.00 |
| TAINY LOPEZ | Priority | 292.50 | NA | NA | 0.00 | 0.00 |
| TANIA GARCIA | Priority | 379.00 | NA | NA | 0.00 | 0.00 |
| WC FINANCE INC. | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| WENDY HERNANDEZ | Priority | 1,442.33 | NA | NA | 0.00 | 0.00 |
| WILFREDO COLON | Priority | 195.12 | NA | NA | 0.00 | 0.00 |
| WILFREDO MARRERO | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| WILFREDO TORRES | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| WILMARIE OLIVERA | Priority | 220.00 | NA | NA | 0.00 | 0.00 |
| XAVIER CARRERO | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| XIOMARA MENDOZA | Priority | 368.00 | NA | 368.00 | 0.00 | 0.00 |
| YADIRA VILELLA | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| YAHAIRA ALICEA | Priority | 450.00 | NA | NA | 0.00 | 0.00 |
| YARAIDA RODRIGUEZ | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| ZINNEABEL ELEUTICE | Priority | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,274.63 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,274.63** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,956.42** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/10/2023

By: /s/ José R. Carrión
                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**